G. W. Foster, *et ux., et al.*, Appellants, v. Daro Inn, Ice Company, a corporation, Appellee.

Appeal dismissed on motion of counsel for Appellee.

*Paul S. Stansbury,* for Appellants.

*Byron M. Skelton,* for Appellee.

J. G. DuPuis, *et al.*, Appellants, v. Miami Feed & Supply Company, a corporation, Appellee.

Appeal dismissed on motion of counsel for the respective parties.

*Price, Price & Hancock* and *J. C. Adkins,* for Appellants. *Grady Harris* and *Baxter, Clayton & Watson,* for Appellee.

Nick Macrenaris, Appellant, v. E. Macrenaris, Appellee.

Appeal dismissed on motion of counsel for the respective parties.

*Phillips & Thompson,* for Appellant.

*Jones & White,* for Appellee.

The Prudential Insurance Company of America, a New Jersey corporation, Appellant, v. I. W. Phillips, Alice M. Phillips, his wife, *et al.*, Appellees.

Appeal dismissed on motion of counsel for the respective parties.

*Crawford & Gaskin, Fleming, Hamilton, Diver & Lichliter* and *W. L. Jones,* for Appellant.

*Maguire & Voorhis,* for Appellees.